UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JESS MARTIN LANGDELL,                )
                                     )   No.  CV-10-5138-CI
               Plaintiff,            )
                                     )
v.                                   )   ORDER GRANTING STIPULATED
                                     )   MOTION TO REMAND PURSUANT TO
MICHAEL J. ASTRUE,                   )   SENTENCE FOUR OF 42 U.S.C.
Commissioner of Social               )   § 405(g)
Security,                            )
                                     )
               Defendant.            )
                                     )

     BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings.  (ECF No. 20.)  Attorney Thomas A. Bothwell represents Plaintiff Jess Martin Langdell; Special Assistant United States Attorney Thomas M. Elsberry represents Defendant.  The parties have consented to proceed before a magistrate judge.  (ECF No. 6.)  After considering the stipulation of the parties,

     **IT IS ORDERED:**

     1.   The parties' stipulated Motion to Remand **(ECF No. 20)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) shall: (1) offer Plaintiff a new hearing; (2) further evaluate the opinions of record, particularly those of Cecilia Cooper, Ph.D., and physical

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  therapist Joshua Hurst, M.Ed.; (3) explain the weight given to such

2  opinions in formulating Plaintiff's residual functional capacity;

3  and (4) obtain additional vocational expert evidence, if necessary.

4      2.   Judgment shall be entered for the **PLAINTIFF**.

5      3.   Plaintiff's Motion for Summary Judgment (**ECF No. 17**) is

6  stricken as moot.

7      4.   An application for attorney fees may be filed by separate

8  motion.

9      The District Court Executive is directed to enter this Order,

10 forward copies to counsel, and thereafter shall close this file.

11     DATED March 19, 2012.

12

13              S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION TO REMAND - 2