# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

JESS MARTIN LANGDELL, )
)
    Plaintiff, )
) NO. CV-10-5138-CI
    v. )
) **JUDGMENT IN A**
MICHAEL J. ASTRUE, ) **CIVIL CASE**
Commissioner of Social Security, )
)
    Defendant. )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: March 19, 2012

                                  JAMES R. LARSEN
                                District Court Executive/Clerk

                                s/ L. Stejskal
                                Deputy Clerk